Revised pretrial and post-trial jury instructions are attached.